FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Sep 13 2022

ARTHUR JOHNSTON, CLERK

Penton / N/A
(Last Name) / (Identification Number)

Keith / N/A
(First Name) / (Middle Name)

Walthall County Jail
(Institution)

807 Magnolia Ave, Tylertown, MS 39667
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 2:22-cv-123-HSO-BWR
(to be completed by the Court)

Walthall County, Mississippi
"Sheriff" Kyle Breland
"Warden" Cherie Bailey
20 Jane and John Does

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Keith Penton          Prisoner Number: N/A

Address: 807 Magnolia Ave "Walthall County Jail"
Tylertown, MS 39667

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Walthall County, MS is employed as Walthall County
Walthall Supervisors at Walthall County, MS Tylertown, MS

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Keith Penton

ADDRESS: 807 Magnolia Ave Tylertown, MS 39667

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Walthall County, MS | 807 Magnolia Ave Tylertown, MS 39667 |
| Kyle Breland | 807 Magnolia Ave Tylertown, MS 39667 |
| Cherie Bailey | 807 Magnolia Ave Tylertown, MS 39667 |
| 20 Jane and John Does | 807 Magnolia Ave Tylertown, MS 39667 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?  Yes ( )  No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

See Attachment "Statement of Claims"
P.1,2

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

See Attachment "Relief Sought"
P.3

Signed this 5 day of September, 20 22.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Keith Ponton
Signature of plaintiff