Statement Of Claims In 3rd Step ARP To Walthall County Supervisors And Walthall County Sheriff Kyle Breland

8-22-22

P.1

Plaintiff
Keith Penton
801 Magnolia Ave
Tylertown, MS 39667

V.

Walthall County Mississippi
801 Magnolia, Ave
Tylertown, MS 39667

(Statement Of Claims)

In the month of April of 2022 the Walthall County Jailhouse Admin "C Bailey" W107 moved me to what she refered to as in her own words as the "State Side Offender cell" Disregarding the fact that I am a "County Offender." On 6-12-22 I sent this Admin a Grievance In this Grievance I stated that I was having Problems with the "STATE" Inmates on this Zone Explaining that more than once these problems had almost ended in them and me fighting. I ended my Grievance with a Plea for this Admin to remove the Problem Inmate's 6-13-22 The Walthall County Jailhouse Admin "C Bailey" W107 responded to my Grievance on by saying "You ARE ON STATE SIDE ZONE, IF SOMEONE IS MOVED IT WELL NOT BE STATE SIDE OFFENDERS"

<u>This is Jail Everybody Can not be Pleased....</u>

(P.2)

This was this Ignorant Jailhouse Admin's Only Solution to a Grievance I Sent to her asking and even Pleading to Do Something to keep me Safe and all She was Concerned with was keeping Inmates Pleased rather than Safer... <u>6-17-22</u> I was Assaulted by these "STATE" Inmates this Assault resulted in me going to the Walthall county ER, where I recieved Stictches, was treated for Head Injuries, and Injuries to my hip. After this Assault I Sent Grievances to the Walthall County Jailhouse Admin asking to Speak with the Sheriff about her wreckless and unprofessional actions that led up to this Assault on me... The Walthall County Jailhouse Admin refused to notify the Sheriff that I wanted to Speak with him. I have Sent Grievances asking that Criminal Charges Be Placed on the Inmates who Assaulted me On a Zone that By mississippi law I Should have never been Placed on to begin with. As of 8-22-22 The Walthall County Sheriff's Dept / Jail has Not Placed any of the Inmates who Assaulted me under Arrest.

Submitted on this
The 22 day of August 2022

M. Penton

(Relief Sought)   P.3

1. Jailhouse Admin "C Bailey" W107 Terminated for Knowingly Placing me on a "STATE" zone as a "County" inmate that led up to my Assault on 6-17-22. Criminal Charges for her Neglect placed on "C Bailey" W107

2. An Investigation into the entire Sheriff's Dept/Jail in Walthall County, MS going back at least 4 years. Investigation performed by outside Agency

3. The offenders who Assaulted me be charged by the Walthall County Sheriff's Dept for their actions.

4. 1.2 million Dollars in Damages

5. Any and all Court Cost that may occur on behalf of the Plaintiff to be paid in full by the Defendants

6. Any and all Futher Attorney Fees to be paid in full that may occur on behalf of the Plaintiff.

† Keith Penton