IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KEITH PENTON**                                                         **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 2:22-cv-00123-HSO-BWR**

**WALTHALL COUNTY, MISSISSIPPI, et al.**                  **DEFENDANTS**

<u>**ORDER DENYING MOTION [4] FOR INVESTIGATION OF SHERIFF DEPARTMENT/JAIL AND MOTION [8] TO SERVE NOTICE**</u>

BEFORE THE COURT are *pro se* Plaintiff Keith Penton's Motion [4] for Investigation of Sheriff Department/Jail and Motion [8] to Serve Notice. Through the first Motion [4], Plaintiff asks the Court to investigate the Walthall County Sheriff's Department and Jail in relation to the allegations raised in his Complaint. Mot. [4] at 1. The Court construes this Motion [4] as a request for discovery. Through the second Motion [8], Plaintiff asks the Court to serve Walthall County "with notice of [this] civil action." Mot. [8] at 1. Both requests are premature insofar as this case is still being screened under 28 U.S.C. § 1915A.

**IT IS THEREFORE ORDERED** that Plaintiff Keith Penton's Motion [4] for Investigation of Sheriff Department/Jail and Motion [8] to Serve Notice are **DENIED** without prejudice to his ability to reassert these requests at the appropriate time.

**SO ORDERED,** this 21st day of October, 2022.

*s/* *Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE